UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 1:14-cv-00086 |
| v. | ) |
| CHRIS ROBINSON | ) |
| Defendant. | ) |

**FILED**

JUL 29 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**ANSWER**

Comes now the Defendant, Christopher Robinson, and in answer to each of the paragraphs of the Complaint, states as follows:

### Introduction

1. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph One.

2. Defendant denies the allegations in Paragraph Two.

3. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Three.

### Jurisdiction And Venue

4. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Four.

5. Defendant denies the allegations in Paragraph Five.

6. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Six.

7. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Seven.

## Parties

8. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Eight.

9. Defendant admits the allegations in Paragraph Nine.

## Factual Background

I. Defendant denies the allegations in Paragraph I.

1. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph One.

2. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Two.

3. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Three.

4. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Four.

5. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Five.

6. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Six.

7. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Seven.

8. Defendant denies the allegations found in Paragraph Eight.

9. Defendant denies the allegations found in Paragraph Nine.

10. Defendant denies the allegations in Paragraph Ten

11. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Eleven.

12. Defendant denies the allegations found in Paragraph Twelve.

13. Defendant denies the allegations found in Paragraph Thirteen.

14. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Fourteen.

15. Defendant denies the allegations in Paragraph Fifteen.

16. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Sixteen.

17. Defendant denies the allegations in Paragraph Seventeen.

18. Defendant denies the allegations found in Paragraph Eighteen.

## Miscellaneous

19. Defendant denies the allegations in Paragraph Nineteen.

20. Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Twenty.

## COUNT I
### Direct Infringement Against Defendant

21.    Defendant points out that there are not any paragraphs numbered above from 21-29. However, Defendant includes his answers to the twenty-nine paragraphs above as to the allegations set forth in Paragraph 21.

22.    Defendant does not have any knowledge as to this allegation so he is unable to admit or deny the allegation found in Paragraph Twenty Two.

23.    Defendant denies the allegations in Paragraph Twenty Three.

24.    Defendant denies that he distributed any such property.

25.    Defendant denies the allegations in Paragraph Twenty Five, (A, B, C, D).

1.    Defendant denies the allegations in the final Paragraph One.

Defendant also demands a jury trial.

Respectfully submitted,

*(signature)*

CHRISTOPHER ROBINSON, PRO SE
809 W. BELLE PLAINE AVE.
APT. 305
CHICAGO, ILL 60613
Cell:   630 – 217 – 6066